Certificate Number: 05781-INS-DE-041225736

Bankruptcy Case Number: 21-90599



05781-INS-DE-041225736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 10:30 o'clock AM PDT, Betty Ratcliff completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Indiana.

Date:   July 20, 2026                          By:      /s/Allison M Geving

                                               Name:   Allison M Geving

                                               Title:   President